Rel: January 5, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2022-0889

Lewis Atchison v. Stephen James Dailey (Appeal from Baldwin Circuit Court: CV-20-901412).

PER CURIAM.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, Mendheim, and Mitchell, JJ., concur.